In the Matter of RICHARD KAPF, Appellant, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Respondent.

Submitted January 3, 1949; decided January 13, 1949.

*Robert G. Blabey* and *Donald L. Brush* for motion to dismiss appeal and in opposition to appellant's motion for leave to appeal.

*Julius November* and *Edwin Stephen Schweig* for motion for leave to appeal and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion.

Motion for leave to appeal denied, with $10 costs and necessary printing disbursements.